

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2020

*[handwritten: 3/13/2020]*

*[handwritten: Hearing adj at defendant's request to April 22, 2020 at 10:30 AM — time Excluded in the interest of justice]*

**By ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

        Re:     *United States* v. *Daniel Rivera*, 19 CR 759 (CM)

Dear Judge McMahon,                    MEMO ENDORSED

        The Government writes on behalf of the defendant to request respectfully approximately a one-month adjournment of the hearing currently scheduled for March 18, 2020, a request to which the Government consents.  The Government understands that Mr. Cohen, who is currently out of the state, is concerned about undertaking long-distance travel back to the State of New York in order to appear at the courthouse amidst current public-health circumstances.  The Government and Mr. Cohen understand that an adjournment of the hearing to April 22, 2020 at 10:30 AM may be a date and time that is convenient to the Court.  In addition, the Government writes, with the defendant's consent, to request respectfully that the Court exclude time under the Speedy Trial Act from March 18, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having available to him his chosen counsel at the hearing.

                                Respectfully submitted,

                                GEOFFREY S. BERMAN
                                United States Attorney


                        By: *Thomas John Wright*
                                Thomas John Wright
                                Assistant United States Attorney
                                (212) 637-2295

cc: Irving Cohen (Counsel to Defendant Daniel Rivera) (by ECF)