UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

                v.                              19-CR-759 (CM)

**<u>ORDER</u>**

DANIEL RIVERA,

                Defendant.
--------------------------------------------------------X

McMahon, C.J.:

    The Court will hold a telephone conference this Thursday, April 9, 2020, at 11:00 a.m., on defendant's pending motion to be release on bail conditions.

    To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

April 7, 2020

                                          Colleen McMahon
                                          Chief Judge