

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

June 1, 2020

6/9/20
Hearing Adj to July 30, 2020
At 10AM — time Excluded
for the disposition of motions
and in the interest of justice.

**By ECF**

The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Daniel Rivera*, 19 CR 759 (CM)

Dear Judge McMahon,

    The Government writes on behalf of the defendant to request respectfully an adjournment of the hearing currently scheduled for June 10, 2020, a request to which the Government consents. The Government understands from Mr. Cohen that the defendant requires further time in which to prepare for the hearing amidst the circumstances of the ongoing coronavirus pandemic, and the parties understand that an adjournment of the hearing to July 30, 2020 at 10:00 AM may be a date and time that is convenient to the Court. In addition, the Government writes, with the defendant's consent, to request respectfully that the Court exclude time under the Speedy Trial Act from June 10, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having the time that he has requested in which to prepare with his chosen counsel for the hearing during this declared national emergency.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Irving Cohen (Counsel to Defendant Daniel Rivera) (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/20