UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                v.                19-CR-759 (CM)

**ORDER**

DANIEL RIVERA,

                Defendant.
-----------------------------------------------------------X

McMahon, C.J.:

    The Court will hold a change of plea proceeding in this matter *via* telephone, Wednesday, October 14, 2020, at 12:00 p.m.

    To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506.  This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

October 13, 2020

                                        Colleen McMahon
                                        Chief Judge